*C. N. Davie* and *A. C. Wheeler,* contra.

---

ALACULSEY LUMBER CO. *et al. v.* SHIPPEN BROTHERS LUMBER CO.

HILL, J. 1. Section 804 of the Civil Code of 1910, relative to condemning private property for connecting a tramroad with any waterway or railway, applies only in cases of necessity. *Normandale Lumber Co.* v. *Knight,* 89 *Ga.* 111 (14 S. E. 882); *Jones* v. *Venable,* 120 *Ga.* 1 (47 S. E. 549, 1 Ann. Cas. 185); *Valdosta &c. Railroad Co.* v. *Adel Lumber Co.,* 136 *Ga.* 559 (71 S. E. 803).

2. The court, acting on conflicting evidence, did not abuse his discretion in granting the injunction in this case.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

APRIL 13, 1915.

Injunction. Before Judge Patterson. Fannin superior court. June 23, 1914.

*C. N. King, William Butt, W. E. Mann,* and *W. C. Martin,* for plaintiffs in error. *T. A. Brown* and *D. W. Blair,* contra.

---

BANK OF MAXEYS *et al,* v. PERRY, receiver, *et al.*

BECK, J. Under the allegations in the petition, the plaintiffs were not entitled to the equitable relief sought against the defendants, and the court properly sustained the demurrer and dismissed the petition as to them.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

APRIL 13, 1915.

Equitable petition. Before Judge Park. Greene superior court. July 30, 1914.

*Noel P. Park* and *Lewis, Davison & Lewis,* for plaintiffs.

*Jones & Chambers* and *Samuel H. Sibley,* for defendants